In the Matter of CHRISTINA M., a Person Alleged to be a Juvenile Delinquent, Appellant. [938 NYS2d 794]

The court properly exercised its discretion when it denied appellant's request for an adjournment in contemplation of dismissal, and instead adjudicated her a juvenile delinquent and placed her on probation. The court adopted the least restrictive dispositional alternative consistent with appellant's needs and those of the community (*see Matter of Katherine W.*, 62 NY2d 947 [1984]). The seriousness of the offenses and appellant's poor school attendance record justified a longer period of supervision than an ACD would have provided. Concur—Andrias, J.P., Saxe, Acosta, Freedman and Richter, JJ.